60 So.2d 914

### Cornelia FRANKLIN v. STATE.

### 5 Div. 379.

Court of Appeals of Alabama.
Aug. 26, 1952.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.

Affirmed.